# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA FOX, | ) Case No.: 1:17-cv-0495 – LJO-JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 8) |
| DOLLAR GENERAL CORPORATION, | ) |
| Defendant. | ) |

On December 4, 2017, Plaintiff notified filed a "Notice of Settlement of Entire Case," indicating the parties have reached an unconditional settlement in this action. (Doc. 8) Pursuant to Local Rule 160, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **December 26, 2017**[1]; and
2. All pending dates, conferences and hearings are **VACATED**.

IT IS SO ORDERED.

Dated: __**December 5, 2017**__   _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 110, "Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." If the parties require additional time to finalize the settlement and file the stipulation for dismissal, they may file a joint written request for an extension. The request SHALL be supported by good cause.