# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA FOX, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, <br><br> Defendant. | Case No.: 1:17-cv-0495-LJO- JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION BASED UPON THE PARTIES' STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE <br><br> (Doc. 10) |

On December 20, 2017, Defendant filed a stipulation of the parties to dismiss the action with prejudice. (Doc. 10) Pursuant to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**December 21, 2017**__   __**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE